UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

                -against-

Jonathan Trimino,

                         Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

21 CR 153

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       An arraignment proceeding before Magistrate Judge Krause is hereby scheduled for **Wednesday, March 10, 2021, at 1:00 p.m.**

       Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

       Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  March 9, 2021
           White Plains, New York

                                       **SO ORDERED.**

                                       _____
                                       ANDREW E. KRAUSE
                                       United States Magistrate Judge