UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JONATAN TRIMINO,

                                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Cr. 153

Defendant __Jonatan Trimino_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_Jonatan Trimino /By HBK, with permission_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Jonatan Trimino_____
Print Defendant's Name

_Howard Tanner /By HBK, with permission_
Defendant's Counsel's Signature

_Howard E. Tanner_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_3/10/21_____
Date

_Andrew Krause_____
~~U.S. District Judge~~/U.S. Magistrate Judge