UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

JONATAN TRIMINO

                              Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Cr. 153 (PMH)

Defendant __Jonatan Trimino_____ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__    Initial Appearance Before a Judicial Officer

_____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____    Bail/Detention Hearing

__X__    Conference Before District Judge

/s/ Jonatan Trimino (Signed by counsel with Defendant's consent)
Defendant's Signature

_[signature]_
Defendant's Counsel's Signature

Jonatan Trimino
Print Defendant's Name

Howard E. Tanner
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 31, 2021
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~