UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JONATAN TRIMINO,

                               Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Cr. 153 (PMH)

Defendant __Jonatan Trimino__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

/s/ Jonatan Trimino (Signed by counsel with defendant's consent)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___ Defendant's Counsel's Signature

Jonatan Trimino
Print Defendant's Name

Howard E. Tanner
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**January 6, 2022**
Date

U.S. District Judge/~~U.S. Magistrate Judge~~