> Application granted. Mr. Lewis may appear on behalf of Mr. Trimino during the telephonic status conference scheduled for March 8, 2022.
>
> However, in advance of the telephonic status conference, the Court requires that counsel must file, on behalf of their client, **both**: **(1)** a Consent to Proceed by Teleconference; and **(2)** a Waiver of Right to Be Present at a Criminal Proceeding. As only the Consent to Proceed by Teleconference was annexed to this letter, a Waiver is still required.
>
> Counsel shall, by 5:00 p.m. on March 7, 2022, file a Waiver of Right to Be Present at a Criminal Proceeding on behalf of Mr. Trimino.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 71.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         March 4, 2022

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

March 3, 2022

[Re: United States v.] Trimino, 21 Cr. 153 (PMH)
[Request to] be Excused for Telephonic Pretrial Conference

Dear Judge Halpern:

    I am appointed to represent the defendant, Jonatan Trimino, who is scheduled to appear by teleconference on Tuesday, March 8, 2022 at 12:00 pm. I have attached a form confirming my client's consent to appear remotely and he has authorized me to sign it on his behalf.

    I write to the Court to be excused from appearing for the conference due to an urgent personal matter. Co-counsel Stephen Lewis has kindly offered to stand in for me, and my client consents for Mr. Lewis to do so. Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   All Parties (By ECF)