UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :           **SCHEDULING ORDER**
                                 :
**Jonathan Trimino,**            :           21-cr-00153-2 PMH
       Defendant.    :
                                 :
-----------------------------------------------------------x

    The Court has converted the status conference previously scheduled for May 31, 2022 at 12:00 pm to a Change of Plea Hearing on May 16, 2022 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. May 31, 2022 conference is cancelled as to Jonathan Trimino.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: May 6, 2022                              SO ORDERED:

                                                        Philip M. Halpern, U.S.D.J