UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
**Jonathan Trimino,**             :     21-cr-00153-2 PMH
                  Defendant.      :
                                  :
-----------------------------------------------------------x

The Court has rescheduled the <u>Change of Plea Hearing</u> to <u>May 23, 2022 at 11:30 a.m.</u> in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: May 12, 2022                         SO ORDERED:

                                            _____
                                            Philip M. Halpern, U.S.D.J