# TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998

Honorable Philip M. Halpern
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

---

> Application granted. Mr. Lewis may appear on behalf of Mr. Trimino during the May 31, 2022 telephone conference.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         May 27, 2022

---

By ECF and Email/PDF

Re:   *USA v. Jonatan Trimino*, 21 Cr. 153 (PMH)
      Letter Motion to be Excused for Telephonic Pretrial Conference

Dear Judge Halpern:

I am appointed to represent the defendant, Jonatan Trimino, who is scheduled to appear by teleconference on Tuesday, May 31, 2022 at 12:00 pm. I have attached forms confirming my client's consent to proceed by teleconference as well as his waiver of right to be physically present, and after reviewing his rights thereunder, he has authorized me to sign both forms on his behalf.

I write to the Court to be excused due to my engagement on trial in *USA v. Helbrans, et al.*, 19 Cr. 497 (NSR) before the Honorable Nelson S. Roman. Co-counsel Stephen Lewis has kindly offered to stand in for me, and my client consents for Mr. Lewis to do so.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,
Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   All Parties (By ECF)