March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

Jonatan Trimino

           Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 Cr. 153 (PMH)

Defendant __Jonatan Trimino__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X    Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Jonatan Trimino (Signed by counsel with consent)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jonatan Trimino
Print Defendant's Name

[signature]
Defense Counsel's Signature

Howard Tanner
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

__May 31, 2022__
Date

[signature]
U.S. District Judge/~~U.S. Magistrate Judge~~