UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER REVOKING BAIL** |
| v. | 21 Cr. 153 (PMH) |
| JONATAN TRIMINO, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

For the reasons discussed on the record at the June 6, 2022 conference, and with the defendant's consent, the defendant's bail is hereby REVOKED, pursuant to 18 U.S.C. §§ 3142(e) and 3148(a), and the defendant is ordered DETAINED.

The defendant is further ORDERED to surrender to the United States Marshal by no later than 5:00 p.m. today.

Dated: White Plains, New York

   June 6, 2022

_____
THE HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK