UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

United States of America

                Government,

                against-

Jonatan Trimino

                Defendant(s)
----------------------------------------------------------------X

*MEDICAL FORM*

Before Judge: Philip M. Halpern, U.S.D.J

Case Number: 21Cr153-2 PMH

**TO THE WARDEN:**

The Defendant has been remanded to MDC, in lieu of bail. The following information requiring your attention was disclosed to the Court. The Court directs the Correctional Facility to provide the Defendant with the necessary medical treatment.

**The Defendant is requesting a psychological evaluation and examination including prescription of appropriate psychiatric medications.**

Dated: June 7, 2022
White Plains, NY

                SO, ORDERED: _____
                                                  Philip M. Halpern
                                                  United States District Judge
                                                  Southern District of New York