**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

---

> Application granted.
>
> Defendant's sentencing, currently scheduled for December 15, 2022, is adjourned to March 20, 2023 at 3:00 p.m. in Courtroom 520.
>
> Defendant's sentencing submission shall be filed by February 27, 2023, and the Government's sentencing submission shall be filed by March 6, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 30, 2022

---

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re: *United States v. Jonatan Trimino*, 21 Cr. 153 (PMH)
**Letter Motion for Adjournment of Sentence**

Dear Judge Halpern:

I am appointed pursuant to CJA to represent the above defendant who previously pleaded guilty and is scheduled for sentencing before this Court on December 15, 2022 at 2:00 pm. I am awaiting certain documents in mitigation and support for my pending sentencing submission and therefore write to request an adjournment of sentence for six to eight weeks. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Nicholas Bradley (By ECF and Email/PDF)