**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

> Application granted. The sentencing of Defendant Jonatan Trimino is adjourned to August 22, 2023 at 10:00 a.m. in Courtroom 520.
>
> Defendant's sentencing submission shall be filed on August 1, 2023. The government's sentencing submission shall be filed on August 8, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            March 1, 2023

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re:   *United States v. Jonatan Trimino*, 21 Cr. 153 (PMH)
        Second Letter Motion for Adjournment of Sentence

Dear Judge Halpern:

    I am appointed pursuant to CJA to represent the above defendant who previously pleaded guilty and is scheduled for sentencing before this Court on March 20, 2023 at 3:00 pm. I am still awaiting certain documents in support of my pending sentencing submission and therefore write to request another adjournment of sentence for approximately four to six weeks.

    The Government has no objection to this application.

    Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Nicholas Bradley (By ECF and Email/PDF)