# TANNER & ORTEGA, L.L.P.
## ATTORNEYS AT LAW
### WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

---

> Application denied.
>
> Should there be an opening in the Court's calendar, the Court will accommodate defense counsel's request to reschedule the sentencing to an earlier date.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 20, 2023

---

Honorable Philip M. Halpern
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Re:  *USA v. Jonatan Trimino*, 21 Cr. 153 (PMH)
     Letter Motion for Modification of Sentencing Date

Dear Judge Halpern:

I am appointed to represent the defendant, Jonatan Trimino, who was previously scheduled to be sentenced by Your Honor on August 22, 2023 at 10:00 am (ECF Doc No. 150). However, on July 17, 2023, I was notified electronically that the Sentencing Hearing was adjourned by the Court to February 6, 2024 at 3:00 pm (ECF Doc No. 160).

I write to the Court to request a modification of this date in order to move up the aforementioned proceedings, to a date convenient for the Court, for sometime this Fall. The reason for this request is that I anticipate making a sentencing recommendation for time served in light of mitigating factors pursuant to 18 USC §3553(a) factors, the Final Probation Presentence Report and the sentences of co-defendants already imposed. The Government has no objection to this request.

Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Nicholas Bradley (By ECF and Email/PDF)